UNITED STATES of America,
Plaintiff–Appellee,

v.

Daniel G. CHAPEL, Defendant–
Appellant.

No. 93–30236.

United States Court of Appeals,
Ninth Circuit.

Jan. 18, 1995.

Before: WALLACE, Chief Judge.

## ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.